IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VITO AIELLO; CANDIDA AIELLO,

      Plaintiffs,                          No. CIV S-10-0227 GEB EFB PS

      vs.

ONEWEST BANK, et al.,              ORDER

      Defendants.
_____/

      Plaintiffs have requested authority under 28 U.S.C. § 1915 to proceed *in forma pauperis*, and have submitted an affidavit purporting to demonstrate that they are unable to prepay fees and costs or give security for them. Dckt. No. 2. Plaintiff Vito Aiello states in the application and in his affidavit that he earns $3600 per month; has $3000 in a checking or savings account; owns a home worth $200,000 that is currently in foreclosure; and that he owns a car worth $2000. *Id.* He further states that he is the sole provider for his entire family, including his wife, three children, and mother-in-law, and that right now they "live paycheck to paycheck." *Id.* However, because the affidavit does not provide any information about plaintiffs' monthly expenses, the affidavit is insufficient to evaluate whether plaintiffs can pay or give security for court costs and still be able to provide themselves and their dependents with the necessities of life. *See Adkins v. E.I. Dupont de Nemours & Co.*, 335 U.S. 331, 339 (1948); *see also Monti v.*

1

1  *McKeon*, 600 F. Supp. 112, 114 (D. Conn. 1984) ("in ruling on motions to proceed *in forma*
2  *pauperis*, . . . courts have considered the income of interested persons, such as spouses and
3  parents, in evaluating the funds available to the movant. . . .  If the plaintiff is supported by her
4  spouse, and her spouse is financially able to pay the costs of this appeal, it follows that the
5  plaintiff's own lack of funds will not prevent her from gaining access to the courts.").
6       Accordingly, plaintiffs are directed to file, within fourteen days of this order, a further
7  affidavit containing an accounting of their monthly expenses.  The court will then resume
8  consideration of plaintiffs' application to proceed *in forma pauperis*.
9       SO ORDERED.
10 DATED: April 27, 2010.

                                 EDMUND F. BRENNAN
                                 UNITED STATES MAGISTRATE JUDGE